O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN RAMIREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A.<br>and DOES 1 through 10,<br><br>　　　　Defendants. | Case No. EDCV 13-00528-JGB (OPx)<br><br>**JUDGMENT AND ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

　　On March 22, 2013, Plaintiff Ruben Ramirez ("Plaintiff") filed a complaint against Defendants Bank of America N.A. and fictitious entities (collectively, "Defendants"). (Compl., Doc. No. 1.) On April 22, 2013, Plaintiff filed an incomplete proof of service, which failed to indicate that the summons and complaint were served on a person authorized to accept service. (Doc. No. 9.) No answer has been filed.

　　On August 13, 2013, the Court issued an order to show cause by August 23, 2013 why the case should not be dismissed for lack of prosecution. (Doc. No. 13.) The

1  Court put Plaintiff on notice that failure to respond to
2  the order would be deemed consent to the dismissal of the
3  action. (Id.)  As of the date of this Order, Plaintiff
4  has not responded to the order to show cause, nor has he
5  filed a proper proof of service.
6      Accordingly, the Court DISMISSES Plaintiff's
7  Complaint WITHOUT PREJUDICE.  The Court orders that such
8  judgment be entered.

Dated: September 6, 2013

JESUS G. BERNAL
United States District Judge

2